

**Dated: April 25, 2019**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

                                                            IT535

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
CAROLETTA RACHETTA HUDSON
Debtor(s)                                       Case No.19-20259-K
SSN(1) XXX-XX-6491

_____

ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM EMPLOYEE'S
WAGES AND SEND DEDUCTIONS TO CHAPTER 13 TRUSTEE

_____

        In this cause, a Chapter 13 plan having been filed by the above named
debtor(s) as a result of which all future earnings of the debtor(s) are under the
exclusive jurisdiction of this Court; and the debtor(s) petition having stated that
the debtor(s)' employer is AXCESS STAFFING SERVICES;

        IT IS THEREFORE ORDERED, that the debtor(s)' employer deduct immediately from
the  debtor(s)' next paycheck the sum of $263.00 SEMI-MONTHLY  from the debtor(s)'
salary and forward the amount deducted to the Office of George W. Stevenson, at 5350
Poplar Avenue, Suite 500, Memphis, Tennessee  38119-3699 - until further order of
this Court.

        IT IS FURTHER ORDERED, that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR
GARNISHMENT, LOANS OR CREDIT UNIONS unless specifically authorized by this Court or
until this order is withdrawn.  However, deductions for child support, mandatory
pension, mandatory qualified retirement plans, mandatory thrift savings plans, or
other mandatory retirement contributions, if any, and mandatory deductions for
repayment of loans from such plans may continue.

        IT IS FURTHER ORDERED, that if the debtor(s)' employment is terminated, the
Trustee be so advised.

                                        /s/ George W. Stevenson
                                        Chapter 13 Trustee

```
CC:    George W. Stevenson
HE
       AXCESS STAFFING SERVICES
       7166 WINCHESTER RD
       MEMPHIS, TN   38118

       CAROLETTA RACHETTA HUDSON
       8662 PANTHERBURN CIRCLE N
       CORDOVA, TN   38018

       MICHAEL W MITCHELL ATTY
```